IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 JAN 22 PM 2:59

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. 23-CV-01361-SBP
(To be supplied by the court)

ALLISON T. WRIGHT, Plaintiff

v.

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

RICHARD EBERHARTER,

WILLIAM BARTZ,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

ALLISON T WRIGHT   24334 E LOUISIANA PL AURORA 80016
(Name and complete mailing address)

720 202 8470   alwright2083@gmail.com
(Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: RICHARD EBERHARTER
(Name and complete mailing address)

SEE PREVIOUS
(Telephone number and e-mail address if known)

Defendant 2: WILLIAM BARTZ
(Name and complete mailing address)

SEE PREVIOUS
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_RECKLESS MANSLAUGHTER, WRONGFUL DEATH,_

_NEGLIGENCE_

__X__   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _UNITED STATES, COLORADO_

If Defendant 1 is an individual, Defendant 1 is a citizen of _UNITED STATES_.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _COLORADO_ (name of state or foreign nation).

Defendant 1 has its principal place of business in _COLORADO_ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

RECKLESS MANSLAUGHTER, WRONGFUL DEATH, NEGLIGENCE

__X__   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of  UNITED STATES, COLORADO

If Defendant 2 is an individual, Defendant 2 is a citizen of  UNITED STATES .

If Defendant 2 is a corporation,

Defendant 2 is incorporated under the laws of  COLORADO  (name of state or foreign nation).

Defendant 2 has its principal place of business in  COLORADO  (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _SEE ATTACHED_

    Supporting facts:

Civil Action No. 23-cv-01361-SBP

ALLISON T. WRIGHT,

    Plaintiff,

v.

RICHARD EBERHARTER and

WILLIAM BARTZ,

    Defendants.

RE: ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

The court has requested that the Plaintiff, Allison T. Wright, amend the complaint against the defendants for yet a third time. The plaintiff received the answer from the court and has found more inconsistencies even in the answer and requests to amend the original complaint.

1. The Complaint

    I, the plaintiff, Allison T. Wright, the mother of the victim, Shannon Phillip Elijah Wright assert that the actions of the defendant did recklessly and intentionally cause the death of Mr. Wright. Let it be noted that the relationship between Mr. Wright and Ms. Wright has clearly been stated and established for the record. In the returned answer from the court, it is stated that Mr. Wright was in the vicinity of Alameda and South Platte River Dr. when he encountered the named defendants. The answer alleges Ms. Wright claims that the defendants yelled out to the victim at a distance of over two football fields to drop his weapon. This statement is incorrect. He was the length of one football field and at least 200+ yards away from the first alleged contact made. This was verified by a supervisor of a traffic control crew who was in the area. It is also stated in the courts answer that Ms. Wright alleges the defendants got within 20 yards away from the victim when they opened fire on Mr. Wright, which is also incorrect and not noted correctly in the second amended complaint. The defendants were at least 80-100 yards away from Mr. Wright when they opened fire on Mr. Wright. This can be both scientifically proven as well as witness testimony of a traffic control Supervisor who definitively mapped out the distance the defendants were at when they opened fire on Mr. Wright, as well as scientific and physical evidence collected at the scene of the alleged crime that supports this fact. Investigation has solidified that the statements made by the defendants have proved to be false forensically and scientifically.

    II. Discussion
    The complaint is not deficient for the following reasons:

The appearance of Pro Se litigation. The victim, Mr. Wright, cannot represent himself as he is deceased at the hands of the defendants. There was no estate created or established on behalf of Mr. Wright because plaintiff was unaware of discovery of harm and the untruthful events reported surrounding the victim's death. Furthermore, due to the constant and unified restriction of police reports, autopsy reports and findings as well as testimony and statements of those involved in this case, the discovery of harm was not apparent until well after many deadlines that would have been easier implemented and met to appease the courts was long passed. However, Senate bill 217 has made it possible for families of the deceased in wrongful death claims as well as liable for damages to be brought before the court because of one's actions.

It has been reported numerous times that the said defendant, Richard Eberharter has been brought before the court numerous times for misconduct, racial profiling, use of excessive force see Quintan V. City of Denver civil action 20-cv-2014 WJM where defendant was charged with negligence and constitutional violations on 42 U.S.C§ 1983. As well as ACLU of COLO vs Luis Estrada, Tony Ortega, Richard Eberharter, & Perry Speelman case 1:20-cv-01878-RBJ for yet again, racial profiling, professional misconduct, excessive force without justification.

There seems to be an obvious and repeated problem with defendant Richard Eberharter being able to uphold the integrity and oath of his position as a Peace Officer. Exhibiting continuous unprofessional conduct, lack of critical decision making in high stress situations as well as exhibiting training in dealing with people of African American and Hispanic heritage. He has continually abused his power and authority and has exhibited this in a court documented pattern of behavior and practice.

It should be noted that the DPD shields its officers from disciplinary actions and misconduct repeatedly. Defendant Eberharter has been recorded as stating they are not required to wear BWC's even at protests for the safety of Peace officers. This is a direct attempt to cover and hide their actions and is inconsistent with National Standards for transparency, which has been an ongoing theme in the case of Ms. Wright vs Eberharter. In fact, Eberharter can be seen in actual body cam footage the day of this tragic event, covering the lens of his BWC intentionally over and over again without justified reasoning to do so. The DPD as well as the Office of Safety are all accountable for non-disclosure of what should be clear and visible evidence; footage which again is not exhibited in this yet another case.

The circumstances of Mr. Wright's death are not clear based on the vague autopsy report and the continued changing and false statements of the defendants, DA Beth McCann, and everyone else that has participated in this case. It has yet to be proven that Mr. Wright was indeed a threat to the defendants in which had unrestricted footage had been clear, access to the victim in the hospital had been not denied without just cause, maybe things would be different. It is extremely reckless to shoot someone in a public place where supposed witnesses are in reach, where members of the public could easily be harmed without undeniable

proof that the said targets were in imminent danger and in fear of their lives at a distance of over 100 yards away. Video footage can somewhat confirm this based on which BWC you are watching. However, wrongs can still be corrected here. There is an extreme amount of deception indicated here and cover up in violation of one's civil rights here in America. Especially by one who exhibits repeated negligent behavior in preserving the life of civilians here in the state of Colorado and the streets of Denver.

Summary of facts are as follows:

Mr. Wright left a liquor store where he frequented. He did not brandish his weapon nor did he threaten or harm anyone. After leaving, he was on a lone street walking home not bothering anybody. He was crying out for help. At almost 200+ yards away he is spotted by the defendants. No PA was ever used but the defendants knew verifiably that they were too far for the victim to be heard. They move up 10 yards and are still over 80-100 yards if not more away from the victim. It was raining. There is a highway to the right of them. There was no way humanly possible Mr. Wright heard anything. This can also be physically and scientifically proven. Premeditation of harm is exhibited by one of the said defendants who could not even hardly drive due to the holding of rifle by defendant Bartz before even assessing the scene, or the circumstances. Once positioned at the above stated distance of 80-100 yards, which can be verified by a professional, positioned in between car doors the defendants open fire. No negotiation was ever tried, the street was not blocked off to ensure the safety of others even though there are civilians present, no non-lethal methods are used, no PA system was ever used. Instead, an extreme urgency to open fire on an individual who did not exhibit any aggressive behavior at any time during the encounter, even after being gravely injured. In fact, once defendants made contact physically with victim, Mr. Wright, at a distance of 70+ yards, he states "I didn't do it!" Hardly the behavior of someone who had the intent to hurt or battle or threaten anyone which was allegedly reported! Even after the said threat is over, defendant Bartz, can be seen still trying to fire at Mr. Wright but is out of bullets. Once contact is made, they cut the sling off that was carrying the weapon of Mr. Wright which contradicts the fact that he pointed his weapon at them. How can you point a slinged rifle at someone which is slung across his back? That's impossible physically and scientifically! Furthermore, it is stated by the defendants that Mr. Wright was a threat to them. However, none of his wounds are visibly seen anterior or ventrally. Also, the BWC of Eberharter is continually covered as they remove victims clothing to conceal the place where his actual wounds were located. Blood can be seen pouring in the middle of the street to further solidify his wounds were actually to the Posterior side and not Anterior. Which brings into question whether or not Mr. Wright was in fact, a threat to them as stated or whether something more sinister is at play here. Mr. Wright can be seen walking away from the defendants at the time he was shot. And from some records we were able to obtain, there seems to be yet more deceit by those involved in the death of Mr. Wright. There is a lot of deceit and dishonesty surrounding the events of this case. I have received racial threats, racial comments, been antagonized about my Son's death with evidentiary statements being made. No one would know certain things unless they were involved in the case. The amount of resistance that has been met with obtaining certain things has been immeasurable. No family should ever have to endure

what me and my family have endured these past two and a half years. However, there is still time for the courts to do the right thing here. If the court finds that the complaint is still deficient, Plaintiff requests that the case against the said defendants be dismissed WITHOUT prejudice in the event that new evidence is discovered and/or that more evidence is able to be presented to the court for a new court case against the named defendants. In regard to filing fees if plaintiff is allowed to continue, it has already been decided and granted that plaintiff is not required to pay such stated filing fees or fees associated with the filing or continued proceedings in this case.

The facts are clear, the evidence speaks for itself. However, there are several things that still are yet to be confirmed and determined. We, the family of and I, as the mother of Shannon Wright, are within every constitutional right to know truthfully and without restriction what happened to my child Mr. Wright. I am entitled to confirm whether or not the deceitful coverings of information are consistent with statements made by those involved. Considering the repeated denial of truthful testimony and said statements which have repeatedly been proven to be false, further examination and review without restriction is required under the FOIA Brady vs. Maryland 373 US 83 by withholding exculpatory evidence. Furthermore, FOIA 5 U.S.C ; United States v Fountain 768 F.2d790 (7th Cir. 1985), nowhere does Mr. Wright's clothing bare any witness or testimony to his character. It is by law, that the Government and its agencies be transparent and offer up no resistance to public information nor is it allowed for any Governmental agency to withhold a deceased person's personal effects unless needed to confirm scientific or forensic evidence on the alleged victim or perpetrator which the City Attorney's office has continually attempted to do.

I deserve some type of closure regarding this horrible and vicariously traumatic event in my life. My son's clothing is the last thing physically I have left to remember him by. I would greatly appreciate the opportunity to close and heal from this devastating and painful wound that has been erected at the hand of the said and named defendants. Due to the actions of the defendants that recklessly ended the life of my son, Shannon Wright, I have suffered mental and emotional anguish and breakdown. I have been diagnosed with PTSD and my mental health has greatly been affected. I have also lost financially where I would've been able to gain as both me and my son are music artists. We were set to begin recording a gospel album just a couple weeks after he was gunned down. The night before he was shot, I purchased instrumental music for us to record to. These defendants did not only take my son's life, but they greatly changed my ability to create musically with my son for financial gain and to help change the lives of others through the Gospel of Jesus Christ. But has greatly caused me pain and suffering mentally as now I have many triggers that cause me to not be able to function in my full totality as I was fully able to function before this traumatic event happened in my life. These defendants are liable and responsible for causing my life to never be the same.

E.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

(SEE APPEAL) ACCOUNTABILITY FOR DEFENDANTS ACTIONS, RETURN OF VICTIMS CLOTHING TO THE MOTHER/FAMILY, MONETARY PROVISION DUE TO MOTHER, PLAINTIFF SUFFERING FROM PTSD, INABILITY TO FUNCTION NORMALLY OR WORK DUE TO THE ACTIONS OF DEFENDANTS.

F.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

1/22/2024
(Date)

(Revised February 2022)

5

To whom it may concern and Magistrate Susan Prose,

I was unable to file the amended complaint and appeal by the date 1/17/24, as upon my arrival at the courthouse was informed the courthouse was closed due to a water main break. I was unable to file electronically as I did not have an eline account set in place before the said closure. I am filing the said documents on the date that the courthouse has been reopened and the water main break has now been repaired.

Thank you.

Respectfully submitted,

Allison T. Wright